

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 2 8 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> RICHARD SCOTT VANNOY, <br> Defendant. | Case No. SA 13-493M <br><br> ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District of California, for alleged violation(s) of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on: unknown / lack of bail resources; defendant apparently absconded from supervised release; substance abuse history to include substance abuse violations of supervised release; numerous violations suggest lack of

amenability to supervision;

and

B.   ( X ) The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: substance abuse history to include substance abuse violations of supervised release; prior criminal history; failure to abide by court's conditions while on supervised release; absconded from supervised release.

IT THEREFORE IS ORDERED that the defendant be detained pending further proceedings and/or transfer to the charging district.

Dated: 10/28/2013

DOUGLAS F. McCORMICK
United States Magistrate Judge